AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOHN JOSEPH RICHTER<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:23-mj-00038<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 2/17/2023<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1512(c)(2), 2 | - Obstruction of an Official Proceeding and Aiding and Abetting; |
| 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) | - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; |
| 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; |
| 40 U.S.C. § 5104(e)(2)(A) | - Entering and Remaining on the Floor of Congress; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) | - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/17/2023__                                              _____
                                                                                              *Judge's signature*

City and state: __Washington, D.C.__                 __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                                                                              *Printed name and title*